UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAPESTRY, INC., et al.,

Plaintiffs,

v.

LAST BRAND, INC.,

Defendant.

Case No. 25-cv-03082-JST   (KAW)

**ORDER TERMINATING MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**

Re: Dkt. No. 38

On March 4, 2026, the district court referred the pending motion to retain confidentiality designations to the undersigned.  (Dkt. No. 38.)  The undersigned does not, however, entertain discovery motions, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.)  Accordingly, the motion to retain confidentiality designations is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending dispute without court intervention.  If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: March 11, 2026

KANDIS A. WESTMORE
United States Magistrate Judge