Xinlin Li Morrow (SBN 281707)
xinlin@moni.law
Ryan McMenamin (*pro hac vice*)
ryan@moni.law
Lawrence Yichu Yuan (*pro hac vice*)
lawrence@moni.law
MORROW NI LLP
3333 Michelson Drive Suite 300
Irvine, California 92612
Telephone:     (213) 282-8166

*Attorneys for Defendant Last Brand, Inc.*
*d/b/a Quince*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TAPESTRY, INC., a Maryland Corporation; COACH SERVICES, INC, a Maryland Corporation; and COACH IP HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAST BRAND, INC. dba QUINCE, a Delaware Corporation; and DOES 1- 10, inclusive,<br><br>*Defendants*. | Case No. 4:25-cv-03082-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION TO AMEND ANSWER TO ADD AN AFFIRMATIVE DEFENSE AND [PROPOSED] ORDER**<br><br>**Pursuant to Fed. R. Civ. P. 15(a)(2)** |

Pursuant to Fed. R. Civ. P. 15(a)(2) and 16(b)(4) and this Court's initial Scheduling Order (ECF 30), Plaintiffs Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC and Defendant Last Brand, Inc. dba Quince, by and through their respective counsel, stipulate that Defendant may amend its Answer to add one affirmative defense:

STIPULATION TO AMEND ANSWER AND [PROPOSED] ORDER                    1
Case No. 4:25-cv-03082-JST

WHEREAS, Plaintiffs filed their Complaint for Damages and Equitable Relief in this action on April 4, 2025;

WHEREAS, Defendant filed its Answer to Plaintiffs' Complaint on June 9, 2025;

WHEREAS, Quince wishes to amend its Answer to plead an additional affirmative defense—Defense No. 10: Abandonment of Trade Dress, and has prepared a proposed Amended Answer, which is attached as Exhibit A;

WHEREAS, Quince claims that good cause exists because Quince recently discovered, through discovery, information that it believes supports the new affirmative defense and that information was not available when Quince filed its Answer;

WHEREAS, Plaintiffs have reviewed Quince's proposed Amended Answer;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs consent to the filing of Quince's proposed Amended Answer;

WHEREAS, Quince believes that any additional discovery relating to the new affirmative defense can be conducted within the current discovery schedule;

WHEREAS, Quince believes that proposed amendment will not affect the Court's schedule.

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate that Quince may file the Amended Answer attached as Exhibit A.

DATED: April 29, 2026     BLAKELY LAW GROUP

By: */s/ Brent H. Blakely*

Brent H. Blakely
Tara A. Currie

*Attorneys for Plaintiffs Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC*

DATED: April 29, 2026     MORROW NI LLP

By: */s/ Xinlin Li Morrow*

Xinlin Li Morrow

*Attorneys for Defendant Last Brand, Inc. d/b/a Quince*

STIPULATION TO AMEND ANSWER AND [PROPOSED] ORDER     3
Case No. 4:25-cv-03082-JST

## ATTESTATION RE ELECTRONIC SIGNATURES

The filer of this document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

DATED:        April 29, 2026                    By: */s/ Xinlin Li Morrow*
                                                     Xinlin Li Morrow

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Quince shall file its Amended Answer within two days of the date of this Order.

Dated:    May 1, 2026

_____
The Honorable Jon S. Tigar
United States District Judge