UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAPESTRY, INC., et al.,

          Plaintiffs,

    v.

LAST BRAND, INC.,

          Defendant.

Case No. 25-cv-03082-JST

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO FILE MATERIAL UNDER SEAL**

Re: ECF No. 60

Having considered the papers filed in support of Plaintiffs' motion to file material under seal, ECF No. 60, the Court now grants the motion in part and denies it in part.  The following material may remain under seal:

1.  Exhibit J to the Supplemental Currie Declaration, as redacted at ECF No. 63-1;

2.  Exhibits K and L to the Supplemental Currie Declaration, in their entirety;

3.  Exhibit N to the Supplemental Currie Declaration, as redacted at ECF No. 64-3.

**IT IS SO ORDERED.**

Dated:  June 3, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California