Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
**BLAKELY LAW GROUP**
1108 Manhattan Ave, Unit B
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

***Attorneys for Plaintiffs***
***Tapestry, Inc.; Coach Services, Inc.;***
***And Coach IP Holdings LLC***

Xinlin Li Morrow (SBN 281707)
xinlin@moni.law
MORROW NI LLP
3333 Michelson Drive Suite 300
Irvine, California 92612
Telephone: (213) 282-8166

***Attorneys for Defendant***
***Last Brand, Inc. d/b/a Quince***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPESTRY, INC., a Maryland Corporation; COACH SERVICES, INC, a Maryland Corporation; and COACH IP HOLDINGS LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  v.<br><br>LAST BRAND, INC. dba QUINCE, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | ) CASE NO.: 4:25-cv-03082-JST<br>)<br>) **JOINT STIPULATION TO DISMISS**<br>) **ALL CLAIMS WITHOUT**<br>) **PREJUDICE PURSUANT TO FRCP**<br>) **41(a)(1)(A)(ii)**<br>)<br>) **Honorable Jon. S Tigar**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

**STIPULATION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tapestry, Inc., Coach Services, Inc., Coach IP Holdings LLC, and Defendant Last Brand, Inc. dba Quince by and through their respective counsel of record, hereby stipulate and agree that all claims and causes of action asserted in this action are dismissed without prejudice.

The parties further stipulate and agree that each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

DATED:    June 23, 2026        BLAKELY LAW GROUP


                              By:    */s/ Tara A. Currie*_____
                                     Brent H. Blakely__
                                     Tara A. Currie
                                     ***Attorneys for Plaintiffs***
                                     ***Tapestry, Inc.; Coach Services, Inc.;***
                                     ***Coach IP Holdings LLC***


DATED:    June 23, 2026        MORROW NI LLP


                              By:    */s/ Xinlin Li Morrow*__
                                     Xinlin Li Morrow
                                     Ryan McMenamin
                                     Lawrence Yichu Yuan
                                     ***Attorneys for Defendant***
                                     ***Last Brand, Inc. d/b/a Quince***

2

**STIPULATION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE**